Doreen Wilcox, Appellant, v. Fred S. Tracy, Appellee.

Gen. No. 41,383.

Heard in second division, first district, this court at October term, 1940; opinion filed December 30, 1941. Wendell H. Shanner, for appellant; Braun & Brodie, for appellee; John C. McKenzie and W. E. Corrigan, of counsel. Opinion by PRESIDING JUSTICE SCANLAN. "Not to be published in full."